No. 22-3011

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
    Plaintiff/Appellant,

v.

ROGERS BEHAVIORAL HEALTH,
    Defendant/Appellee.

_____

On Appeal from the United States District Court
for the Eastern District of Wisconsin
_____

JOINT STIPULATION TO DISMISS APPEAL PURSUANT TO
FED. R. APP. P. 42(b) WITH PREJUDICE
_____

The parties jointly stipulate that this appeal should be dismissed with
prejudice pursuant to Fed. R. App. P. 42(b). The parties have agreed to bear
their own fees and costs on appeal.

Respectfully submitted,

KARLA GILBRIDE                    STEVEN F. STANASZAK
General Counsel                   Partner

JENNIFER S. GOLDSTEIN             SARA L. PETTINGER
Associate General Counsel         Partner

ANNE NOEL OCCHIALINO              ANDREW R. BREHM
Assistant General Counsel         Attorney

JAMES DRISCOLL-MACEACHRON
Attorney

s/James Driscoll-MacEachron       /s Steven F. Stanaszak
JAMES DRISCOLL-MACEACHRON         STEVEN F. STANASZAK
Attorney                          Partner

EQUAL EMPLOYMENT                  SCOPELITIS GARVIN LIGHT
OPPORTUNITY COMMISSION            HANSON & FEARY, P.C.
Office of General Counsel         330 East Kilbourn Avenue
131 M St. N.E., 5th Floor         Suite 827
Washington, D.C. 20507            Milwaukee, WI 53202
(602) 661-0014                    (414) 219-8500
james.driscoll-maceachron@eeoc.gov   sstanaszak@scopelitis.com


November 6, 2023

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 29 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

<div style="margin-left:40%">

s/James Driscoll-MacEachron
JAMES DRISCOLL-MACEACHRON
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014
james.driscoll-maceachron@eeoc.gov

</div>

November 6, 2023

## CERTIFICATE OF SERVICE

I certify that on this 6th day of November, 2023, I electronically filed

the foregoing motion in PDF format with the Clerk of Court via the

appellate CM/ECF system.  I certify that all counsel of record are

registered CM/ECF users, and service will be accomplished via the

appellate CM/ECF system.

s/James Driscoll-MacEachron
JAMES DRISCOLL-MACEACHRON
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014
james.driscoll-maceachron@eeoc.gov